# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

SHARON EVE TINGLER

|                     |                          |
|---------------------|--------------------------|
|                     | Chapter 13               |
|                     | Case No. 14-14408-RGM    |

Debtor

## MOTION TO DISMISS,
## NOTICE OF MOTION TO DISMISS
## AND
## NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

**Violation of 11 U.S.C. 521(a)(4) -** Debtor has failed to provide the Trustee with the following information requested:
- Social security verification (See Rule 4002(b)(2))
- Deed to house
- Information about the husband's gap in income in 2014.

**Violation of 11 U.S.C. §1307(c)(4)** – Debtor has failed to make first Plan payment in case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court

Notice and Motion to Dismiss
Sharon Eve Tingler, Case #14-14408-RGM

will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on February 11, 2015 at 9:30 a.m., in Courtroom 1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste.400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _January 22, 2015_____                    __/s/ Thomas P. Gorman_____
                                                 Thomas P. Gorman
                                                 Chapter 13 Trustee
                                                 300 N. Washington Street, #400
                                                 Alexandria, VA 22314
                                                 (703) 836-2226
                                                 VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of January, 2015, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Sharon Eve Tingler                      John C. Morgan, Jr., Esquire
Chapter 13 Debtor                       Attorney for Debtor
12128 Tango Lane                        John Carter Morgan, Jr., PLLC
Woodbridge, VA 22193                    98 Alexandria Pike, Ste. 10
                                        Warrenton, VA 20186

                                        __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman