# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

SHARON EVE TINGLER

                        Debtor

Chapter 13

Case No. 14-14408-RGM

## OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Modified Plan filed May 15, 2015.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) -** Feasibility - Debtor has thus far made Plan payments only three times desite having been in the case for over six months.

**Violation of 11 U.S.C. §1325(b)(1)(B)** - Disposable Income - Debtor has not provided her or her spouse's 2014 tax returns, which are important because of his significant deduction on Schedule J (including $400.00 per month for his debt service, which has never been documented).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail

**Notice of Objection To Confirmation**
Sharon Eve Tingler, Case # 14-14408-RGM

your response to the court for filing, you must mail it early enough so the court
will receive it on or before the date stated above.  You must mail a copy to the
persons listed below.

***Attend the hearing to be held on June 24, 2015 at 9:30 a.m., in Courtroom 1
on the 2nd floor, United States Bankruptcy Court, 200 South Washington
Street, Alexandria, VA 22314.***  If no timely response has been filed opposing
the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste, 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not
oppose the relief sought in the motion or objection and may enter an order granting that
relief.

Date: _June 9, 2015_____              __/s/Thomas P. Gorman _____
                                       Thomas P. Gorman
                                       Chapter 13 Trustee
                                       300 N. Washington Street, #400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of June, 2015, served via ECF to authorized
users or mailed a true copy of the foregoing Objection to Confirmation, Notice of
Objection and Notice of Hearing to the following parties.

Sharon Eve Tingler                     John C. Morgan, Jr., Esquire
Chapter 13 Debtor                      Attorney for Debtor
12128 Tango Lane                       John Carter Morgan, Jr., PLLC
Woodbridge, VA 22193                   98 Alexandria Pike, Ste. 10
                                       Warrenton, VA 20186

                                       __/s/ Thomas P. Gorman_____
                                       Thomas P. Gorman